IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :     CRIMINAL NO. 13-383 |
| v. | : |
| | : |
| RUSSELL JONES | |

### ORDER

AND NOW, this 27th day of DECEMBER, 2013, upon consideration of the Government's Motion to Dismiss Counts 3 and 5 of the Indictment as to defendant Russell Jones in the above-captioned case, it is hereby

**ORDERED**

that Counts 3 and 5 of Indictment No. 13-383 are dismissed without prejudice as to defendant Russell Jones.

BY THE COURT:

_____
**HONORABLE NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

Copies - Counsel
Pretrial
Speedy Trial